UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case 4:21-cr-00013-RSB-CLR |
| | ) | |
| RAHEEM HARDY, | ) | |
| Defendant. | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Counsel for Raheem Hardy, Meg Strickler, having filed her Leave of Absence request (Doc. 277) and having served all parties thereto:

IT IS HEREBY ORDERED that said Leave of Absence for the following dates: December 6-8, 2021 and December 20-January 5, 2022; and January 17-18, January 21-27, March 4-11, April 15-18, May 9-13 and June 15-July 5, 2022 is GRANTED

Signed this 22nd day of November, 2021.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia